EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2002

at 3 o'clock and 26 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LESLIE KIYOMI DOI, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR02 00427 SOM <br><br> INDICTMENT <br><br> Counts 1-4 : 18 U.S.C. <br> § 2113(a) |

### INDICTMENT

#### COUNT 1
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On August 22, 2002, in the District of Hawaii, defendant LESLIE KIYOMI DOI, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, management, and possession of American Savings Bank, Liliha Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury further charges:

On or about August 29, 2002, in the District of Hawaii, defendant Leslie Kiyomi DOI, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the American Savings Bank, Kaimuki Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

The Grand Jury further charges:

On or about September 17, 2002, in the District of Hawaii, defendant Leslie Kiyomi DOI, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the American Savings Bank, Dillingham Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

The Grand Jury further charges:

On or about October 4, 2002, in the District of Hawaii, defendant Leslie Kiyomi DOI, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the First

Hawaiian Bank, Kaimuki Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: October 23, 2002, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. LESLIE KIYOMI DOI
Cr. No.          (Indictment)